**Appeal Dismissed and Memorandum Opinion filed November 17, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00173-CV

### NEGOTIATE ONE, INC., Appellant

### V.

### MEMBERS CHOICE CREDIT UNION, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1017454**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 16, 2014. The clerk's record was filed April 9, 2015. The reporter's record was filed July 14, 2015. No brief was filed.

On October 12, 2015, this court issued an order stating that unless appellant submitted a brief on or before October 30, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.